UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60009-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

SMILE GARDEN, INC. *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice (DE [31]) filed by the parties. The Court having reviewed the Stipulation and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE.** Each party **SHALL** bear its own costs and attorney's fees, other than those specified in the parties' Confidential Settlement Agreement. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. The Court retains jurisdiction to enforce the terms of the parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of May 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF